**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CÉSAR HUMBERTO ORDOÑEZ SARMIENTO,**<br>**Petitioner,**<br>**v.**<br>**J.L. JAMISON, et al.,**<br>**Respondents.** | **CIVIL ACTION NO. 26-5453** |

# ORDER

**AND NOW**, this 6th day of August 2026, upon consideration of César Humberto Ordoñez Sarmiento's Petition for Writ of Habeas Corpus [Doc. No. 1] and Respondents' Opposition [Doc. No. 3], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1. It is hereby **DECLARED** that Ordoñez Sarmiento's continued detention is in violation of the Immigration and Nationality Act. Ordoñez Sarmiento is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Ordoñez Sarmiento from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 12:00 p.m. ET on August 6, 2026.

3. The government is temporarily enjoined from re-detaining Ordoñez Sarmiento for seven days following his release from custody.

4. The government shall, immediately upon Ordoñez Sarmiento's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5. The Court defers any award of costs or reasonable attorney fees at this time.

6. If the government chooses to pursue renewed detention of Ordoñez Sarmiento after the seven-day period mentioned in Paragraph 3, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Ordoñez Sarmiento poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Ordoñez Sarmiento from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Ordoñez Sarmiento is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Ordoñez Sarmiento if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Ordoñez Sarmiento.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**